890 P.2d 684

# SUPREME COURT OF HAWAII

| | | | |
|---|---|---|---|
| State v. Vierra | 15703 | 2/08/95 | Dismissed |
| State v. Len | 18200 | 2/09/95 | Affirmed |
| State v. Castorino | 18367 | 2/13/95 | Affirmed |
| Lee v. Lee | 17486 | 2/16/95 | Vacated and Remanded |
| Sanford v. Tanaka | 16902 | 2/21/95 | Affirmed |
| State v. Koutrobis | 15678 | 2/24/95 | Affirmed |
| Zimmerman v. Northwestern Mutual Life Ins. Co. of Milwaukee | 16779 | 2/27/95 | Affirmed in part, Vacated in part and Remanded |
| State v. Napoleon | 18083 | 2/28/95 | Affirmed |